IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TODD JEFFREY GATES, #275 350, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL NO.: 2:17-CV-849-RAH-KFP |
| | ) |
| JOHN CROW, Warden, and, | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondents. | ) |

## **ORDER**

On November 10, 2020, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. (Doc. 22.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and the application for habeas corpus relief is DENIED.

A Final Judgment will be entered separately.

DONE, this 8th day of December, 2020.

                                        /s/ R. Austin Huffaker, Jr.
                                        R. AUSTIN HUFFAKER, JR.
                                        UNITED STATES DISTRICT JUDGE